■ VEGA CAPITAL CORP. et al., Respondents, v SYTA TAXI, INC., et al., Appellants. [637 NYS2d 925] —Order, Supreme Court, New York County (Lorraine Miller, J.), entered on or about November 8, 1994, unanimously affirmed for the reasons stated by Miller, J., with costs and disbursements. No opinion. Concur—Ellerin, J. P., Kupferman, Ross, Williams and Tom, JJ.